FORM C

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN THE MATTER OF:
Henry R. Huckabee ) 
) Chapter: 13
)
) Case Number: 5:16-bk-02088
)
DEBTOR(S) )

### CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on 10/05/16, I served a copy of Notice and 2nd Amended Plan on the following parties in this matter:

| Name and Address | Mode of Service |
|---|---|
| See Attached | First Class Mail |
|  |  |
|  |  |
|  |  |
|  |  |

I certify under penalty of perjury that the foregoing is true and correct.

Date: 10/13/16

Name: s/ Paul P. Ackourey, Esquire
*Printed Name of Attorney*
Address: 9 Marion Street

Tunkhannock, PA 18657

Revised: 03/22/05

```
Label Matrix for local noticing            Paul P Ackourey                       American Coradius Int. LLC
0314-5                                      Ackourey & Turel, P.C                2420 Sweet Home Rd.
Case 5:16-bk-02088-JJT                     9 Marion St                           Ste. 150
Middle District of Pennsylvania            Tunkhannock, PA 18657-1210            Amherst, NY 14228-2244
Wilkes-Barre
Thu Aug  4 16:31:21 EDT 2016

B&B Dodge, Inc.                            Bank of America, N.A.                 Bank of America, N.A.
125 Grandview Ave.                         7105 Corporate Drive                  Po Box 941852
Honesdale, PA 18431-1199                   PTX B-209                             PTX B-209
                                           Plano, TX 75024-4100                  Simi Valley, CA 93094-1852


Berkheimer Assoc-Agt Lake Twsp Wayne County   Bk Of Amer                         (p)BANK OF AMERICA
c/o David R. Gordon, Esq.                     4909 Savarese Cir                  PO BOX 982238
1883 Jory Road                                Tampa, FL 33634-2413               EL PASO TX 79998-2238
Pen Argyl, PA 10872


Cbna                                       Cbna                                  Chase
Po Box 6189                                Po Box 6283                           P.O. Box 15298
Sioux Falls, SD 57117-6189                 Sioux Falls, SD 57117-6283            Wilmington, DE 19850-5298


Commercial Acceptance                      Commercial Acceptance Co.             Community Bank
2300 Gettysburg Rd                         2300 Gettysburg Rd.                   45-49 Court Street
Camp Hill, PA 17011-7303                   Ste. 102                              Canton, NY 13617-1179
                                           Camp Hill, PA 17011-7303


Community Bank                             Community Bank N.A.                   Community Bank, N.A.
PO Box 509                                 Po Box 510                            201 North Union St.
Canton, NY 13617-0509                      Olean, NY 14760-0510                  PO Box 510
                                                                                 Olean, NY 14760-0510


Community Bank, N.A.                       Creditech                             Charles J DeHart, III (Trustee)
201 North Union Street                     PO Box 20330                          8125 Adams Drive, Suite A
P.O. Box 605                               Lehigh Valley, PA 18002-0330          Hummelstown, PA 17036-8625
Olean, NY 14760-6005


Elizabeth Konish                           Elizabeth Konish                      (p)CITIBANK
c/o Christian E. Weed Esq.                 c/o Thomas F Farley Esq               PO BOX 790034
2523 Rt. 6, Ste. 1                         2523 Route 6 Ste 1                    ST LOUIS MO 63179-0034
Hawley, PA 18428-7055                      Hawley, PA 18428-7055


Honesdale National Ban                     Henry R. Huckabee                     (p)INTERNAL REVENUE SERVICE
733 Main St                                Box 1687 The Hideout                  CENTRALIZED INSOLVENCY OPERATIONS
Honesdale, PA 18431-1844                   Lake Ariel, PA 18436                  PO BOX 7346
                                                                                 PHILADELPHIA PA 19101-7346


KML Law Group, P.C. c/o Bank of Ame        Kelly Kyzer Tax Collector             MCM
BNY Independence Center                    764 Stock Farm Rd.                    PO Box 2121
701 Market St., Ste. 5000                  Lake Ariel, PA 18436-4006             Warren, MI 48090-2121
Philadelphia, PA 19106-1541
```

| | | |
|---|---|---|
| Midland Funding<br>2365 Northside Dr Ste 30<br>San Diego, CA 92108-2709 | NBT Bank, N.A.<br>52 South Broad St.<br>Norwich, NY 13815-1699 | NBT Bank, N.A.<br>52 South Broad St.<br>PO Box 351<br>Norwich, NY 13815-0351 |
| Pacer Service Center<br>PO Box 780549<br>San Antonio, TX 78278-0549 | Pennsylvania Department of Revenue<br>Bankruptcy Division PO BOX 280946<br>Harrisburg, PA 17128-0946 | Portfolio Recovery Ass<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502-4962 |
| Prothonotary of Wayne County<br>925 Court St.<br>Honesdale, PA 18431-1994 | Roamingwood Sewer & Water<br>PO Box 6<br>Lake Ariel, PA 18436-0006 | Sears Credit Cards<br>Po Box 9001055<br>Louisville, KY 40290-1055 |
| Secure Storage of Hamlin<br>549 Tannery Rd.<br>Lake Ariel, PA 18436-4584 | Ann E. Swartz<br>McCabe, Weisberg & Conway, P.C.<br>123 South Broad Street<br>Suite 2080<br>Philadelphia, PA 19109-1031 | The Hideout POA<br>640 The Hideout<br>Lake Ariel, PA 18436-9786 |
| The Honesdale National Bank<br>724 Main Street<br>Honesdale, PA 18431-1845 | The Honesdale National Bank<br>PO Box 350<br>Honesdale, PA 18431-0350 | Thomas J. Jones Jr., Esq.<br>410 Spruce St., Ste. 301<br>18503-1883 |
| United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | Wayne County Sheriff<br>925 Court St.<br>Honesdale, PA 18431-1998 | Wayne County Tax Claim Bureau<br>Wayne County Courthouse<br>925 Court St.<br>Honesdale, PA 18431-1994 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Bk Of Amer<br>Po Box 982238<br>El Paso, TX 79998 | Home Depot Credit Services<br>PO Box 182676<br>Columbus, OH 43218-2676 | (d)Home Depot Credit Services<br>PO Box 182676<br>Columbus, OH 43218-2676 |
| IRS Department of the Treasury<br>Internal Revenue Service<br>Cincinnati, OH 45999 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Community Bank, N.A.

End of Label Matrix
Mailable recipients 47
Bypassed recipients 1
Total 48