```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 16-02088-JJT
Henry R. Huckabee                                                   Chapter 13
         Debtor
                               CERTIFICATE OF NOTICE
District/off: 0314-5          User: PRadginsk              Page 1 of 2             Date Rcvd: Oct 17, 2016
                              Form ID: ntcnfhrg            Total Noticed: 46
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2016.
db              Henry R. Huckabee,    Box 1687 The Hideout,    Lake Ariel, PA  18436
4790565        +American Coradius Int. LLC,    2420 Sweet Home Rd.,    Ste. 150,    Amherst, NY 14228-2244
4790566        +B&B Dodge, Inc.,    125 Grandview Ave.,    Honesdale, PA 18431-1199
4790569       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                 (address filed with court:  Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
4831641         BANK OF AMERICA, N.A.,    Bank of America,    PO Box 31785,    Tampa, FL 33631-3785
4790567        +Bank of America, N.A.,    7105 Corporate Drive,    PTX B-209,    Plano, TX 75024-4100
4833560        +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
4790568        +Bank of America, N.A.,    Po Box 941852,    PTX B-209,    Simi Valley, CA 93094-1852
4797493         Berkheimer Assoc-Agt Lake Twsp Wayne County,    c/o David R. Gordon, Esq.,    1883 Jory Road,
                 Pen Argyl, PA 10872
4790570        +Bk Of Amer,    4909 Savarese Cir,    Tampa, FL 33634-2413
4790583       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court:  Home Depot Credit Services,    PO Box 182676,
                 Columbus, OH  43218-2676)
4790572        +Cbna,   Po Box 6189,    Sioux Falls, SD 57117-6189
4790571        +Cbna,   Po Box 6283,    Sioux Falls, SD 57117-6283
4790573        +Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
4790574        +Commercial Acceptance,    2300 Gettysburg Rd,    Camp Hill, PA 17011-7303
4790576        +Commercial Acceptance Co.,    2300 Gettysburg Rd.,    Ste. 102,    Camp Hill, PA 17011-7303
4790577        +Community Bank,    PO Box 509,    Canton, NY 13617-0509
4790578        +Community Bank,    45-49 Court Street,    Canton, NY 13617-1179
4790579        +Community Bank N.A.,    Po Box 510,    Olean, NY 14760-0510
4790580        +Community Bank, N.A.,    201 North Union St.,    PO Box 510,    Olean, NY 14760-0510
4800076        +Community Bank, N.A.,    201 North Union Street,    P.O. Box 605,    Olean, NY 14760-6005
4790581        +Creditech,   PO Box 20330,    Lehigh Valley, PA 18002-0330
4790582        +Elizabeth Konish,    c/o Christian E. Weed Esq.,    2523 Rt. 6, Ste. 1,    Hawley, PA 18428-7055
4794953        +Elizabeth Konish,    c/o Thomas F Farley Esq,    2523 Route 6 Ste 1,    Hawley, PA 18428-7055
4790596        +KML Law Group, P.C. c/o Bank of Ame,    BNY Independence Center,    701 Market St., Ste. 5000,
                 Philadelphia, PA 19106-1541
4790588        +Kelly Kyzer Tax Collector,    764 Stock Farm Rd.,    Lake Ariel, PA 18436-4006
4790597        +MCM,   PO Box 2121,    Warren, MI 48090-2121
4820450        +MIDLAND FUNDING LLC,    PO Box 2011,    Warren, MI 48090-2011
4790599        +Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
4790602        +NBT Bank, N.A.,    52 South Broad St.,    PO Box 351,    Norwich, NY 13815-0351
4790604        +Prothonotary of Wayne County,    925 Court St.,    Honesdale, PA 18431-1994
4790605        +Roamingwood Sewer & Water,    PO Box 6,    Lake Ariel, PA 18436-0006
4790608        +Sears Credit Cards,    Po Box 9001055,    Louisville, KY 40290-1055
4790609        +Secure Storage of Hamlin,    549 Tannery Rd.,    Lake Ariel, PA 18436-4584
4790610        +The Hideout POA,    640 The Hideout,    Lake Ariel, PA 18436-9786
4790614        +Thomas J. Jones Jr., Esq.,    410 Spruce St., Ste 18503-1883
4790615        +Wayne County Sheriff,    925 Court St.,    Honesdale, PA 18431-1998
4790616        +Wayne County Tax Claim Bureau,    Wayne County Courthouse,    925 Court St.,
                 Honesdale, PA 18431-1994

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4790584        +E-mail/Text: miller@hnbbank.com Oct 17 2016 19:02:59     Honesdale National Ban,    733 Main St,
                 Honesdale, PA 18431-1844
4790587         E-mail/Text: cio.bncmail@irs.gov Oct 17 2016 19:02:56     IRS Department of the Treasury,
                 Internal Revenue Service,    Cincinnati, OH 45999
4802411        +E-mail/Text: bankruptcy@nbtbank.com Oct 17 2016 19:03:29     NBT Bank, N.A.,
                 52 South Broad St.,    Norwich, NY 13815-1699
4833708         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 17 2016 19:20:00
                 Portfolio Recovery Associates, LLC,    POB 12941,    Norfolk VA 23541
4796574        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 17 2016 19:03:11
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
4790603        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 17 2016 19:05:29
                 Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
4790613        +E-mail/Text: miller@hnbbank.com Oct 17 2016 19:02:59     The Honesdale National Bank,
                 PO Box 350,    Honesdale, PA 18431-0350
4802299        +E-mail/Text: miller@hnbbank.com Oct 17 2016 19:02:59     The Honesdale National Bank,
                 724 Main Street,    Honesdale, PA 18431-1845
                                                                                              TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court:  Home Depot Credit Services,    PO Box 182676,
                 Columbus, OH  43218-2676)
4790575*       +Commercial Acceptance,    2300 Gettysburg Rd,    Camp Hill, PA 17011-7303
4834139*       +Community Bank, N.A.,    201 North Union Street, P.O. Box 510,    Olean, NY 14760-0510
4790585*       +Honesdale National Ban,    733 Main St,    Honesdale, PA 18431-1844
4790586*       +Honesdale National Ban,    733 Main St,    Honesdale, PA 18431-1844
4790589*       +Kelly Kyzer Tax Collector,    764 Stock Farm Rd.,    Lake Ariel, PA 18436-4006

```
              ***** BYPASSED RECIPIENTS (continued) *****
4790590*       +Kelly Kyzer Tax Collector,    764 Stock Farm Rd.,    Lake Ariel, PA 18436-4006
4790591*       +Kelly Kyzer Tax Collector,    764 Stock Farm Rd.,    Lake Ariel, PA 18436-4006
4790592*       +Kelly Kyzer Tax Collector,    764 Stock Farm Rd.,    Lake Ariel, PA 18436-4006
4790593*       +Kelly Kyzer Tax Collector,    764 Stock Farm Rd.,    Lake Ariel, PA 18436-4006
4790594*       +Kelly Kyzer Tax Collector,    764 Stock Farm Rd.,    Lake Ariel, PA 18436-4006
4790595*       +Kelly Kyzer Tax Collector,    764 Stock Farm Rd.,    Lake Ariel, PA 18436-4006
4790598*       +MCM,    PO Box 2121,    Warren, MI 48090-2121
4790600*       +Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
4790601*       +Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
4790606*       +Roamingwood Sewer & Water,    PO Box 6,    Lake Ariel, PA 18436-0006
4790607*       +Roamingwood Sewer & Water,    PO Box 6,    Lake Ariel, PA 18436-0006
4790611*       +The Hideout POA,    640 The Hideout,    Lake Ariel, PA 18436-9786
4790612*       +The Hideout POA,    640 The Hideout,    Lake Ariel, PA 18436-9786
4790617*       +Wayne County Tax Claim Bureau,    Wayne County Courthouse,    925 Court St.,
                 Honesdale, PA 18431-1994
4790618*       +Wayne County Tax Claim Bureau,    Wayne County Courthouse,    925 Court St.,
                 Honesdale, PA 18431-1994
4790619*       +Wayne County Tax Claim Bureau,    Wayne County Courthouse,    925 Court St.,
                 Honesdale, PA 18431-1994
4790620*       +Wayne County Tax Claim Bureau,    Wayne County Courthouse,    925 Court St.,
                 Honesdale, PA 18431-1994
                                                                                             TOTALS: 0, * 23, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2016                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2016 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    Community Bank, N.A. ASwartz@mwc-law.com,
               ecfmail@mwc-law.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N..A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Paul P Ackourey    on behalf of Debtor Henry R. Huckabee ackoureyandturel@gmail.com,
               baa@ackoureyandturel.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Henry R. Huckabee<br>dba Huckabee Plumbing Service<br>Debtor(s) | Chapter 13<br>Case No. 5:16−bk−02088−JJT |

## Notice

The confirmation hearing has been rescheduled for the Debtor on the date indicated below.

A deadline of **November 16, 2016** has been set for objections to confirmation of the Amended Plan. Any objections to confirmation of the Amended Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Amended Plan at this time.

| | |
|---|---|
| United States Bankruptcy Court<br>Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: December 13, 2016<br>Time: 09:30 AM |

A copy of the Amended Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: PRadginsk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 17, 2016 |