# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Henry R. Huckabee <br> _Debtor(s)_ | BKY. NO. 16-02088 JJT <br><br> CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of BANK OF AMERICA, N.A., as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 0323

                                                Respectfully submitted,

                                                **/s/ Thomas Puleo** <br>
                                                Thomas Puleo, Esquire <br>
James C. Warmbrodt, Esquire <br>
KML Law Group, P.C. <br>
701 Market Street, Suite 5000 <br>
Philadelphia, PA 19106-1532 <br>
(215) 825-6306  FAX (215) 825-6406 <br>
Attorney for Movant/Applicant