```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                              Case No. 16-02088-RNO
Henry R. Huckabee                                                   Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-5         User: Christoph           Page 1 of 1          Date Rcvd: Nov 25, 2019
                             Form ID: trc              Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2019.
4831641         BANK OF AMERICA, N.A.,    Bank of America,   PO Box 31785,   Tampa, FL 33631-3785

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 24, 2019 at the address(es) listed below:
      Ann E. Swartz    on behalf of Creditor   Community Bank, N.A. ecfmail@mwc-law.com,
       ecfmail@ecf.courtdrive.com
      Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
      James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N..A. bkgroup@kmllawgroup.com
      Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N..A. bkgroup@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Paul P Ackourey    on behalf of Debtor 1 Henry R. Huckabee ackoureyandturel@gmail.com,
       backourey@ackoureyandturel.com
      Thomas I Puleo    on behalf of Creditor    BANK OF AMERICA, N..A. tpuleo@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                TOTAL: 7

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:16-bk-02088-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Henry R. Huckabee
Box 1687 The Hideout
Lake Ariel PA 18436

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/24/2019.

Name and Address of Alleged Transferor(s):

Claim No. 12: BANK OF AMERICA, N.A., Bank of America, PO Box 31785, Tampa, FL 33631-3785

Name and Address of Transferee:

MEB Loan Trust IV
Serviced by Select Portfolio Servicing,
3217 S. Decker Lake Dr.
Salt Lake City, UT 84115
MEB Loan Trust IV
Serviced by Select Portfolio Servicing,

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/27/19

Terrence S. Miller
**CLERK OF THE COURT**