# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Henry R. Huckabee dba Huckabee Plumbing Service <br> <u>Debtor</u> | CHAPTER 13 |
| MEB Loan Trust IV <br> <u>Movant</u> <br> vs. | NO. 16-02088 RNO |
| Henry R. Huckabee dba Huckabee Plumbing Service <br> Jeannette H. Huckabee <br> <u>Respondents</u> | 11 U.S.C. Sections 362 and 1301 |
| Charles J. DeHart, III, Esquire <br> <u>Trustee</u> | |

## **ORDER**

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.