```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                                    Case No. 16-02088-RNO
Henry R. Huckabee                                         Chapter 13
        Debtor

<h1 style="text-align:center">CERTIFICATE OF NOTICE</h1>

```
District/off: 0314-5        User: AutoDocke        Page 1 of 1         Date Rcvd: Jun 25, 2020
                           Form ID: pdf010         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 27, 2020.
                    Jeanette H Huckabee,   Box 1687 The Hideout,   Lake Ariel, PA 18436

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2020                            Signature:   /s/Joseph Speetjens

---

<h1 style="text-align:center">CM/ECF NOTICE OF ELECTRONIC FILING</h1>

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 25, 2020 at the address(es) listed below:
            Ann E. Swartz    on behalf of Creditor    Community Bank, N.A. ecfmail@mwc-law.com,
             ecfmail@ecf.courtdrive.com
            Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
            James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N..A. bkgroup@kmllawgroup.com
            James  Warmbrodt    on behalf of Creditor    MEB Loan Trust IV bkgroup@kmllawgroup.com
            James  Warmbrodt    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC.
             bkgroup@kmllawgroup.com
            Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N..A.
             josh.goldman@padgettlawgroup.com,  bkgroup@kmllawgroup.com
            Paul P Ackourey    on behalf of Debtor 1 Henry R. Huckabee ackoureyandturel@gmail.com,
             backourey@ackoureyandturel.com
            Thomas I Puleo    on behalf of Creditor    BANK OF AMERICA, N..A. tpuleo@kmllawgroup.com,
             bkgroup@kmllawgroup.com
            United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                      TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Henry R. Huckabee dba Huckabee Plumbing Service<br>             Debtor | CHAPTER 13 |
| MEB Loan Trust IV<br>             Movant<br>    vs. | NO. 16-02088 RNO |
| Henry R. Huckabee dba Huckabee Plumbing Service<br>Jeannette H. Huckabee<br>             Respondents | 11 U.S.C. Sections 362 and 1301 |
| Charles J. DeHart, III, Esquire<br>             Trustee | |

**ORDER**

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.

Dated:  June 24, 2020

By the Court,

_Robt N. Opel II_
_____
Robert N. Opel, II, Bankruptcy Judge  BI