United States Bankruptcy Court
Middle District of Pennsylvania

In re:  
Henry R. Huckabee  
    Debtor(s)

Case No. 16-02088-RNO  
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 4 |
| Date Rcvd: Nov 13, 2020 | Form ID: 309A | Total Noticed: 59 |

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Henry R. Huckabee, Box 1687 The Hideout, Lake Ariel, PA 18436 |
| aty | + | Ann E. Swartz, McCabe, Weisberg & Conway, P.C., 123 South Broad Street, Suite 2080, Philadelphia, PA 19109-1031 |
| aty | + | James T. Shoemaker, Hourigan Kluger and Quinn, PC, 600 Third Avenue, Kingston, PA 18704-5815 |
| aty | + | James Warmbrodt, 701 Market Street Suite 5000, Philadephia, PA 19106-1541 |
| aty | + | Joshua I Goldman, Padgett Law Group, 6267 Old Water Oak Rd., Ste 203, Tallahassee, FL 32312-3858 |
| aty | + | Thomas I Puleo, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| tr | + | John J Martin (Trustee), Law Offices of John J Martin, 1022 Court Street, Honesdale, PA 18431-1925 |
| cr | + | SELECT PORTFOLIO SERVICING, INC., 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| 4790565 | + | American Coradius Int. LLC, 2420 Sweet Home Rd., Ste. 150, Amherst, NY 14228-2244 |
| 4790566 | + | B&B Dodge, Inc., 125 Grandview Ave., Honesdale, PA 18431-1199 |
| 4833560 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 4790568 | + | Bank of America, N.A., Po Box 941852, PTX B-209, Simi Valley, CA 93094-1852 |
| 4797493 | | Berkheimer Assoc-Agt Lake Twsp Wayne County, c/o David R. Gordon, Esq., 1883 Jory Road, Pen Argyl, PA 10872 |
| 4790583 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Home Depot Credit Services, PO Box 182676, Columbus, OH 43218-2676 |
| 4790574 | + | Commercial Acceptance, 2300 Gettysburg Rd, Camp Hill, PA 17011-7303 |
| 4790576 | + | Commercial Acceptance Co., 2300 Gettysburg Rd., Ste. 102, Camp Hill, PA 17011-7303 |
| 4790578 | + | Community Bank, 45-49 Court Street, Canton, NY 13617-1179 |
| 4790577 | + | Community Bank, PO Box 509, Canton, NY 13617-0509 |
| 4790579 | + | Community Bank N.A., Po Box 510, Olean, NY 14760-0510 |
| 4790580 | + | Community Bank, N.A., 201 North Union St., PO Box 510, Olean, NY 14760-0510 |
| 4800076 | + | Community Bank, N.A., 201 North Union Street, P.O. Box 605, Olean, NY 14760-6005 |
| 4790581 | + | Creditech, PO Box 20330, Lehigh Valley, PA 18002-0330 |
| 4790582 | + | Elizabeth Konish, c/o Christian E. Weed Esq., 2523 Rt. 6, Ste. 1, Hawley, PA 18428-7055 |
| 4794953 | + | Elizabeth Konish, c/o Thomas F Farley Esq., 2523 Route 6 Ste 1, Hawley, PA 18428-7055 |
| 4790596 | + | KML Law Group, P.C. c/o Bank of Ame, BNY Independence Center, 701 Market St., Ste. 5000, Philadelphia, PA 19106-1541 |
| 4790588 | + | Kelly Kyzer Tax Collector, 764 Stock Farm Rd., Lake Ariel, PA 18436-4006 |
| 5274237 | + | MEB Loan Trust IV, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 5274238 | + | MEB Loan Trust IV, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84115, MEB Loan Trust IV 84119-3284 |
| 4790602 | + | NBT Bank, N.A., 52 South Broad St., PO Box 351, Norwich, NY 13815-0351 |
| 4790604 | + | Prothonotary of Wayne County, 925 Court St., Honesdale, PA 18431-1994 |
| 4790605 | + | Roamingwood Sewer & Water, PO Box 6, Lake Ariel, PA 18436-0006 |
| 4790609 | + | Secure Storage of Hamlin, 549 Tannery Rd., Lake Ariel, PA 18436-4584 |
| 4790610 | + | The Hideout POA, 640 The Hideout, Lake Ariel, PA 18436-9786 |
| 4790614 | + | Thomas J. Jones Jr., Esq., 410 Spruce St., Ste. 18503-1883 |
| 5172499 | + | WAYNE COUNTY TAX SERVICE DEPARTMENT, 925 COURT STREET, HONESDALE, PA 18431-1983 |
| 4790615 | + | Wayne County Sheriff, 925 Court St., Honesdale, PA 18431-1998 |
| 4790616 | + | Wayne County Tax Claim Bureau, Wayne County Courthouse, 925 Court St., Honesdale, PA 18431-1994 |

TOTAL: 37

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: ackoureyandturel@gmail.com | | |
| | | Nov 13 2020 19:04:00 | Paul P Ackourey, Ackourey & Turel, P.C, 9 |

| Recip ID | | Bypass/Delivery | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Marion St, Tunkhannock, PA 18657 |
| ust | + | Email/Text: USTPRegion03.HA.ECF@USDOJ.GOV | Nov 13 2020 19:05:00 | United States Trustee, 228 Walnut Street, Suite 1190, Harrisburg, PA 17101-1722 |
| 4790569 | | EDI: BANKAMER.COM | Nov 14 2020 00:03:00 | Bk Of Amer, Po Box 982238, El Paso, TX 79998 |
| 4831641 | | EDI: BANKAMER.COM | Nov 14 2020 00:03:00 | BANK OF AMERICA, N.A., Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 4790567 | + | EDI: BANKAMER.COM | Nov 14 2020 00:03:00 | Bank of America, N.A., 7105 Corporate Drive, PTX B-209, Plano, TX 75024-4100 |
| 4790570 | + | EDI: BANKAMER.COM | Nov 14 2020 00:03:00 | Bk Of Amer, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 4790572 | + | EDI: CITICORP.COM | Nov 14 2020 00:03:00 | Cbna, Po Box 6189, Sioux Falls, SD 57117-6189 |
| 4790571 | + | EDI: CITICORP.COM | Nov 14 2020 00:03:00 | Cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 4790584 | + | Email/Text: miller@hnbbank.com | Nov 13 2020 19:05:00 | Honesdale National Ban, 733 Main St, Honesdale, PA 18431-1844 |
| 4790587 | | EDI: IRS.COM | Nov 14 2020 00:03:00 | IRS Department of the Treasury, Internal Revenue Service, Cincinnati, OH 45999 |
| 4790573 | | EDI: JPMORGANCHASE | Nov 14 2020 00:03:00 | Chase, P.O. Box 15298, Wilmington, DE 19850 |
| 4790597 | + | EDI: MID8.COM | Nov 14 2020 00:03:00 | MCM, PO Box 2121, Warren, MI 48090-2121 |
| 4820450 | + | EDI: MID8.COM | Nov 14 2020 00:03:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 4790599 | + | EDI: MID8.COM | Nov 14 2020 00:03:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 4802411 | + | Email/Text: bankruptcy@nbtbank.com | Nov 13 2020 19:05:00 | NBT Bank, N.A., 52 South Broad St., Norwich, NY 13815-1699 |
| 4833708 | | EDI: PRA.COM | Nov 14 2020 00:03:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4858304 | + | EDI: PRA.COM | Nov 14 2020 00:03:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4796574 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 13 2020 19:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 4790603 | + | EDI: PRA.COM | Nov 14 2020 00:03:00 | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 4790608 | + | EDI: CITICORP.COM | Nov 14 2020 00:03:00 | Sears Credit Cards, Po Box 9001055, Louisville, KY 40290-1055 |
| 4790613 | + | Email/Text: miller@hnbbank.com | Nov 13 2020 19:05:00 | The Honesdale National Bank, PO Box 350, Honesdale, PA 18431-0350 |
| 4802299 | + | Email/Text: miller@hnbbank.com | Nov 13 2020 19:05:00 | The Honesdale National Bank, 724 Main Street, Honesdale, PA 18431-1845 |

TOTAL: 22

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034, address filed with court:, Home Depot Credit Services, PO Box 182676, Columbus, OH 43218-2676 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4790575 | *+ | Commercial Acceptance, 2300 Gettysburg Rd, Camp Hill, PA 17011-7303 |
| 4834139 | *+ | Community Bank, N.A., 201 North Union Street, P.O. Box 510, Olean, NY 14760-0510 |

| | | |
|---|---|---|
| 4790585 | *+ | Honesdale National Ban, 733 Main St, Honesdale, PA 18431-1844 |
| 4790586 | *+ | Honesdale National Ban, 733 Main St, Honesdale, PA 18431-1844 |
| 4790589 | *+ | Kelly Kyzer Tax Collector, 764 Stock Farm Rd., Lake Ariel, PA 18436-4006 |
| 4790590 | *+ | Kelly Kyzer Tax Collector, 764 Stock Farm Rd., Lake Ariel, PA 18436-4006 |
| 4790591 | *+ | Kelly Kyzer Tax Collector, 764 Stock Farm Rd., Lake Ariel, PA 18436-4006 |
| 4790592 | *+ | Kelly Kyzer Tax Collector, 764 Stock Farm Rd., Lake Ariel, PA 18436-4006 |
| 4790593 | *+ | Kelly Kyzer Tax Collector, 764 Stock Farm Rd., Lake Ariel, PA 18436-4006 |
| 4790594 | *+ | Kelly Kyzer Tax Collector, 764 Stock Farm Rd., Lake Ariel, PA 18436-4006 |
| 4790595 | *+ | Kelly Kyzer Tax Collector, 764 Stock Farm Rd., Lake Ariel, PA 18436-4006 |
| 4790598 | *+ | MCM, PO Box 2121, Warren, MI 48090-2121 |
| 4790600 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 4790601 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 4790606 | *+ | Roamingwood Sewer & Water, PO Box 6, Lake Ariel, PA 18436-0006 |
| 4790607 | *+ | Roamingwood Sewer & Water, PO Box 6, Lake Ariel, PA 18436-0006 |
| 4790611 | *+ | The Hideout POA, 640 The Hideout, Lake Ariel, PA 18436-9786 |
| 4790612 | *+ | The Hideout POA, 640 The Hideout, Lake Ariel, PA 18436-9786 |
| 4790617 | *+ | Wayne County Tax Claim Bureau, Wayne County Courthouse, 925 Court St., Honesdale, PA 18431-1994 |
| 4790618 | *+ | Wayne County Tax Claim Bureau, Wayne County Courthouse, 925 Court St., Honesdale, PA 18431-1994 |
| 4790619 | *+ | Wayne County Tax Claim Bureau, Wayne County Courthouse, 925 Court St., Honesdale, PA 18431-1994 |
| 4790620 | *+ | Wayne County Tax Claim Bureau, Wayne County Courthouse, 925 Court St., Honesdale, PA 18431-1994 |

TOTAL: 0 Undeliverable, 24 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2020          Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2020 at the address(es) listed below:**

**Name**            **Email Address**

Ann E. Swartz
    on behalf of Creditor Community Bank  N.A. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Charles J DeHart, III (Trustee)
    TWecf@pamd13trustee.com

James Warmbrodt
    on behalf of Creditor BANK OF AMERICA  N..A. bkgroup@kmllawgroup.com

James Warmbrodt
    on behalf of Creditor MEB Loan Trust IV bkgroup@kmllawgroup.com

James Warmbrodt
    on behalf of Creditor SELECT PORTFOLIO SERVICING  INC. bkgroup@kmllawgroup.com

James T. Shoemaker
    on behalf of Creditor Community Bank  N.A. jshoemaker@hkqpc.com

John J Martin (Trustee)
    pa36@ecfcbis.com  trusteemartin@martin-law.net

Joshua I Goldman
    on behalf of Creditor BANK OF AMERICA  N..A. josh.goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com

| | |
|---|---|
| Paul P Ackourey | on behalf of Debtor 1 Henry R. Huckabee ackoureyandturel@gmail.com backourey@ackoureyandturel.com |
| Thomas I Puleo | on behalf of Creditor BANK OF AMERICA N..A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Henry R. Huckabee<br>First Name   Middle Name   Last Name | Social Security number or ITIN: xxx–xx–3443<br>EIN: __–_____ | |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ | |
| United States Bankruptcy Court: | Middle District of Pennsylvania | Date case filed in chapter: | 13   5/16/16 |
| Case number: | 5:16–bk–02088–RNO | Date case converted to chapter: | 7   11/13/20 |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline  09/19

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Henry R. Huckabee | |
| 2. | **All other names used in the last 8 years** | dba Huckabee Plumbing Service | |
| 3. | **Address** | Box 1687 The Hideout<br>Lake Ariel, PA 18436 | |
| 4. | **Debtor's attorney**<br>Name and address | Paul P Ackourey<br>Ackourey & Turel, P.C<br>9 Marion St<br>Tunkhannock, PA 18657 | Contact phone 570–836–3600<br>Email: ackoureyandturel@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | John J Martin (Trustee)<br>Law Offices of John J Martin<br>1022 Court Street<br>Honesdale, PA 18431 | Contact phone 570 253–6899<br>Email: pa36@ecfcbis.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

**Receiving Court Issued Orders and Notices by E–Mail:** (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (www.pamb.uscourts.gov/debn–form), with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you Court Issued Orders and Notices by E–Mail.

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Max Rosenn U.S. Courthouse 197 South Main Street Wilkes–Barre, PA 18701 | Hours open: Monday – Friday 9:00 AM to 4:00 PM<br><br>Contact phone (570) 831–2500<br><br>Date: 11/13/20 |
| 7. | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 8, 2021 at 09:40 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>*Valid photo identification and proof of social security number are required* | Location:<br><br>**341 meeting will be held telephonically, Refer to the call–in instructions** |
| 8. | **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| 9. | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 3/9/21** |
| | | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline** page **2**

Case 5:16-bk-02088-RNO    Doc 70    Filed 11/15/20    Entered 11/16/20 00:28:28    Desc Imaged Certificate of Notice    Page 6 of 6