United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                                    Case No. 16-02088-RNO
Henry R. Huckabee                                                         Chapter 7
　　　Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 13, 2020 | Form ID: pdf010 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Henry R. Huckabee, Box 1687 The Hideout, Lake Ariel, PA 18436 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2020                  Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ann E. Swartz | on behalf of Creditor Community Bank  N.A. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor BANK OF AMERICA  N..A. bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor MEB Loan Trust IV bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor SELECT PORTFOLIO SERVICING  INC. bkgroup@kmllawgroup.com |
| James T. Shoemaker | on behalf of Creditor Community Bank  N.A. jshoemaker@hkqpc.com |
| Joshua I Goldman | on behalf of Creditor BANK OF AMERICA  N..A. josh.goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com |
| Paul P Ackourey | on behalf of Debtor 1 Henry R. Huckabee ackoureyandturel@gmail.com  backourey@ackoureyandturel.com |

Thomas I Puleo

    on behalf of Creditor BANK OF AMERICA  N..A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee

    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  HENRY R. HUCKABEE | : | |
| | : | CHAPTER 13 |
| | : | |
| DEBTOR | : | |
| | : | |
| | : | CASE#: 5:16-bk-02088-RNO |

### **ORDER**

Upon Motion of Debtor,

IT IS HEREBY ORDERED that the Bankruptcy Action file in the above-captioned case

under Chapter 13 of the United States Bankruptcy Code be and is hereby converted to a case

under Chapter 7 of the United States Bankruptcy Code.


Dated:   November 13, 2020          By the Court,

_____

Robert N. Opel, II, Bankruptcy Judge  BI