United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                 Case No. 16-02088-RNO

Henry R. Huckabee                            Chapter 7

      Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0314-5                                User: AutoDocke                                  Page 1 of 3
Date Rcvd: Nov 13, 2020                       Form ID: tele341                          Total Noticed: 51

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Henry R. Huckabee, Box 1687 The Hideout, Lake Ariel, PA 18436 |
| cr | + | SELECT PORTFOLIO SERVICING, INC., 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| 4790565 | + | American Coradius Int. LLC, 2420 Sweet Home Rd., Ste. 150, Amherst, NY 14228-2244 |
| 4790566 | + | B&B Dodge, Inc., 125 Grandview Ave., Honesdale, PA 18431-1199 |
| 4790569 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bk Of Amer, Po Box 982238, El Paso, TX 79998 |
| 4831641 | | BANK OF AMERICA, N.A., Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 4790567 | + | Bank of America, N.A., 7105 Corporate Drive, PTX B-209, Plano, TX 75024-4100 |
| 4833560 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 4790568 | + | Bank of America, N.A., Po Box 941852, PTX B-209, Simi Valley, CA 93094-1852 |
| 4797493 | | Berkheimer Assoc-Agt Lake Twsp Wayne County, c/o David R. Gordon, Esq., 1883 Jory Road, Pen Argyl, PA 10872 |
| 4790570 | + | Bk Of Amer, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 4790583 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Home Depot Credit Services, PO Box 182676, Columbus, OH 43218-2676 |
| 4790571 | + | Cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 4790572 | + | Cbna, Po Box 6189, Sioux Falls, SD 57117-6189 |
| 4790574 | + | Commercial Acceptance, 2300 Gettysburg Rd, Camp Hill, PA 17011-7303 |
| 4790576 | + | Commercial Acceptance Co., 2300 Gettysburg Rd., Ste. 102, Camp Hill, PA 17011-7303 |
| 4790578 | + | Community Bank, 45-49 Court Street, Canton, NY 13617-1179 |
| 4790577 | + | Community Bank, PO Box 509, Canton, NY 13617-0509 |
| 4790579 | + | Community Bank N.A., Po Box 510, Olean, NY 14760-0510 |
| 4790580 | + | Community Bank, N.A., 201 North Union St., PO Box 510, Olean, NY 14760-0510 |
| 4800076 | + | Community Bank, N.A., 201 North Union Street, P.O. Box 605, Olean, NY 14760-6005 |
| 4790581 | + | Creditech, PO Box 20330, Lehigh Valley, PA 18002-0330 |
| 4790582 | + | Elizabeth Konish, c/o Christian E. Weed Esq., 2523 Rt. 6, Ste. 1, Hawley, PA 18428-7055 |
| 4794953 | + | Elizabeth Konish, c/o Thomas F Farley Esq, 2523 Route 6 Ste 1, Hawley, PA 18428-7055 |
| 4790596 | + | KML Law Group, P.C. c/o Bank of Ame, BNY Independence Center, 701 Market St., Ste. 5000, Philadelphia, PA 19106-1541 |
| 4790588 | + | Kelly Kyzer Tax Collector, 764 Stock Farm Rd., Lake Ariel, PA 18436-4006 |
| 5274237 | + | MEB Loan Trust IV, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 5274238 | + | MEB Loan Trust IV, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84115, MEB Loan Trust IV 84119-3284 |
| 4790602 | + | NBT Bank, N.A., 52 South Broad St., PO Box 351, Norwich, NY 13815-0351 |
| 4790604 | + | Prothonotary of Wayne County, 925 Court St., Honesdale, PA 18431-1994 |
| 4790605 | + | Roamingwood Sewer & Water, PO Box 6, Lake Ariel, PA 18436-0006 |
| 4790608 | + | Sears Credit Cards, Po Box 9001055, Louisville, KY 40290-1055 |
| 4790609 | + | Secure Storage of Hamlin, 549 Tannery Rd., Lake Ariel, PA 18436-4584 |
| 4790610 | + | The Hideout POA, 640 The Hideout, Lake Ariel, PA 18436-9786 |
| 4790614 | + | Thomas J. Jones Jr., Esq., 410 Spruce St., Ste. 18503-1883 |
| 5172499 | + | WAYNE COUNTY TAX SERVICE DEPARTMENT, 925 COURT STREET, HONESDALE, PA 18431-1983 |
| 4790615 | + | Wayne County Sheriff, 925 Court St., Honesdale, PA 18431-1998 |
| 4790616 | + | Wayne County Tax Claim Bureau, Wayne County Courthouse, 925 Court St., Honesdale, PA 18431-1994 |

TOTAL: 38

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 4790584 | + | Email/Text: miller@hnbbank.com | Nov 13 2020 19:05:00 | Honesdale National Ban, 733 Main St, Honesdale, PA 18431-1844 |
| 4790587 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 13 2020 19:05:00 | IRS Department of the Treasury, Internal Revenue Service, Cincinnati, OH 45999 |
| 4790573 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 13 2020 19:07:06 | Chase, P.O. Box 15298, Wilmington, DE 19850 |
| 4790597 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 13 2020 19:05:00 | MCM, PO Box 2121, Warren, MI 48090-2121 |
| 4820450 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 13 2020 19:05:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 4790599 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 13 2020 19:05:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 4802411 | + | Email/Text: bankruptcy@nbtbank.com | Nov 13 2020 19:05:00 | NBT Bank, N.A., 52 South Broad St., Norwich, NY 13815-1699 |
| 4833708 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 14 2020 10:14:26 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4858304 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 14 2020 10:14:26 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4796574 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 13 2020 19:05:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 4790603 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 14 2020 10:14:26 | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 4790613 | + | Email/Text: miller@hnbbank.com | Nov 13 2020 19:05:00 | The Honesdale National Bank, PO Box 350, Honesdale, PA 18431-0350 |
| 4802299 | + | Email/Text: miller@hnbbank.com | Nov 13 2020 19:05:00 | The Honesdale National Bank, 724 Main Street, Honesdale, PA 18431-1845 |

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034, address filed with court:, Home Depot Credit Services, PO Box 182676, Columbus, OH 43218-2676 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4790575 | *+ | Commercial Acceptance, 2300 Gettysburg Rd, Camp Hill, PA 17011-7303 |
| 4834139 | *+ | Community Bank, N.A., 201 North Union Street, P.O. Box 510, Olean, NY 14760-0510 |
| 4790585 | *+ | Honesdale National Ban, 733 Main St, Honesdale, PA 18431-1844 |
| 4790586 | *+ | Honesdale National Ban, 733 Main St, Honesdale, PA 18431-1844 |
| 4790589 | *+ | Kelly Kyzer Tax Collector, 764 Stock Farm Rd., Lake Ariel, PA 18436-4006 |
| 4790590 | *+ | Kelly Kyzer Tax Collector, 764 Stock Farm Rd., Lake Ariel, PA 18436-4006 |
| 4790591 | *+ | Kelly Kyzer Tax Collector, 764 Stock Farm Rd., Lake Ariel, PA 18436-4006 |
| 4790592 | *+ | Kelly Kyzer Tax Collector, 764 Stock Farm Rd., Lake Ariel, PA 18436-4006 |
| 4790593 | *+ | Kelly Kyzer Tax Collector, 764 Stock Farm Rd., Lake Ariel, PA 18436-4006 |
| 4790594 | *+ | Kelly Kyzer Tax Collector, 764 Stock Farm Rd., Lake Ariel, PA 18436-4006 |
| 4790595 | *+ | Kelly Kyzer Tax Collector, 764 Stock Farm Rd., Lake Ariel, PA 18436-4006 |
| 4790598 | *+ | MCM, PO Box 2121, Warren, MI 48090-2121 |
| 4790600 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 4790601 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 4790606 | *+ | Roamingwood Sewer & Water, PO Box 6, Lake Ariel, PA 18436-0006 |
| 4790607 | *+ | Roamingwood Sewer & Water, PO Box 6, Lake Ariel, PA 18436-0006 |
| 4790611 | *+ | The Hideout POA, 640 The Hideout, Lake Ariel, PA 18436-9786 |
| 4790612 | *+ | The Hideout POA, 640 The Hideout, Lake Ariel, PA 18436-9786 |
| 4790617 | *+ | Wayne County Tax Claim Bureau, Wayne County Courthouse, 925 Court St., Honesdale, PA 18431-1994 |
| 4790618 | *+ | Wayne County Tax Claim Bureau, Wayne County Courthouse, 925 Court St., Honesdale, PA 18431-1994 |

| | | |
| --- | --- | --- |
| 4790619 | *+ | Wayne County Tax Claim Bureau, Wayne County Courthouse, 925 Court St., Honesdale, PA 18431-1994 |
| 4790620 | *+ | Wayne County Tax Claim Bureau, Wayne County Courthouse, 925 Court St., Honesdale, PA 18431-1994 |

TOTAL: 0 Undeliverable, 24 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2020           Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2020 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Ann E. Swartz | on behalf of Creditor Community Bank  N.A. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor BANK OF AMERICA  N..A. bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor MEB Loan Trust IV bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor SELECT PORTFOLIO SERVICING  INC. bkgroup@kmllawgroup.com |
| James T. Shoemaker | on behalf of Creditor Community Bank  N.A. jshoemaker@hkqpc.com |
| John J Martin (Trustee) | pa36@ecfcbis.com  trusteemartin@martin-law.net |
| Joshua I Goldman | on behalf of Creditor BANK OF AMERICA  N..A. josh.goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com |
| Paul P Ackourey | on behalf of Debtor 1 Henry R. Huckabee ackoureyandturel@gmail.com  backourey@ackoureyandturel.com |
| Thomas I Puleo | on behalf of Creditor BANK OF AMERICA  N..A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 11

# NOTICE REGARDING TELEPHONIC CHAPTER 7 § 341 MEETINGS IN THE MIDDLE DISTRICT OF PENNSYLVANIA

The U.S. Trustee Program has extended the requirement that section 341 meetings be conducted by telephone or video appearance to all cases filed during the period of the President's "Proclamation on Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID−19) Outbreak" issued March 13, 2020, and ending on the date that is 60 days after such declaration terminates. However, the U.S. Trustee may approve a request by a trustee in a particular case to continue the section 341 meeting to an in−person meeting in a manner that complies with local public health guidance, if the U.S. Trustee determines that an in−person examination of the debtor is required to ensure the completeness of the meeting or the protection of estate property. This policy may be revised at the discretion of the Director of the United States Trustee Program.

Given the foregoing, this notice addresses the protocol for telephonic appearances for **chapter 7** section 341 meetings only. Chapter 13 debtors should refer to their standing trustee's protocol or website for additional information.

All debtor attorneys and debtors are encouraged to participate in section 341 meetings by telephone, or by such remote means as the trustee has established and noticed. Attorneys and debtors may call in from separate locations. Creditors and creditor attorneys may appear remotely and should use the information provided below or on the docket to participate.

All parties are encouraged to contact the case trustee, check the case docket, and the UST Website at https://www.justice.gov/ust for up−to−date information about section 341 meetings of creditors.

**Unless otherwise instructed, to participate in a telephonic section 341 meeting, you should use the Call−In Number and Passcode assigned to your trustee, which is listed below.**

Unless otherwise directed by your trustee, please call−in five minutes before your assigned meeting time and mute your telephone until your case is called. Please follow the instructions below to ensure a smooth telephonic section 341 meeting of creditors.

- You must use a touch−tone phone.
- If you have a choice, use a landline phone, instead of a cell phone.
- Dial the call−in number and then enter the passcode, which consists of 7 numbers and is followed by a # sign.
- Make the call from a quiet area where there is as little background noise as possible.
- Mute your phone and do not speak until the bankruptcy trustee calls your case. (Other meetings of creditors may be in session when you call in. You may be able to hear the trustee even when your phone is muted.)
- Unmute your phone when the trustee calls your case so that the trustee can hear you.
- When speaking, identify yourself.
- Do not put the phone on hold at any time after the call is connected.
- Once your meeting of creditors is finished, hang up.
- If you become disconnected before your meeting of creditors is finished, call back.
- If you are calling in from another country, please see the additional information available at: https://www.mymeetings.com/audioconferencing/pdf/GlobalAccessDialingInformation.pdf

Debtor's counsel must verify on the record that they have confirmed their client's identity prior to the section 341 meeting of creditors, either via Facetime or Skype or other means.

Required documents for the section 341 meeting of creditors should be provided to the trustee a week prior to the section 341 meeting of creditors. These documents should include information sufficient for the trustee to verify the debtor's SSN. Debtors shall have these documents available during the section 341 meeting of creditors in the event there are questions about the information in the documents.

The section 341 meeting of creditors will be recorded by the trustee. Any other recordings are prohibited.

| Trustee | Call−In Number | Passcode |
|---|---|---|
| Steven Carr | 1−888−282−8246 | 8589279 |
| Mark Conway | 1−866−773−1875 | 5761176 |
| Lawrence Frank | 1−866−724−5066 | 1380190 |
| Leon Haller | 1−866−507−4642 | 2179536 |
| John Martin | 1−866−809−8952 | 7685517 |
| William Schwab | 1−866−707−7516 | 4801433 |
| Robert Sheils | 1−866−714−3930 | 1832207 |
| Lawrence Young | 1−866−453−7506 | 2896054 |

tele341(03/20)