# Notice Recipients

District/Off: 0314–5　　　　User: AutoDocketer　　　　Date Created: 12/2/2020
Case: 5:16–bk–02088–RNO　　Form ID: pdf010　　　　　Total: 2

**Recipients of Notice of Electronic Filing:**
aty　　James T. Shoemaker　　jshoemaker@hkqpc.com
aty　　Paul P Ackourey　　　ackoureyandturel@gmail.com

　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 2