IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re   HENRY R. HUCKABEE

No. 5:16-BK-02088-RNO

  Debtor

and

COMMUNITY BANK, N.A.                                    Chapter 13

  Movant

v.

HENRY R. HUCKABEE, and
CHARLES J. DEHART, III, TRUSTEE,

  Respondents

## O R D E R

Upon consideration of the motion for relief from automatic stay filed on behalf of the movant, Community Bank, N.A.

ORDERED that the automatic stay imposed by 11 U.S.C. §362 and §1301(c)(3) and is hereby lifted with respect to this bankruptcy and any later conversion filed by or against the Debtor, to permit Movant to proceed to exercise any rights granted to it by state law in the Mortgaged Property, as more particularly described in Movant's motion.

Dated:   December 2, 2020

By the Court,

_Robert N. Opel II_ (signature)

Robert N. Opel, II, Bankruptcy Judge   BI