United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                    Case No. 16-02088-RNO

Henry R. Huckabee                                                                        Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2021:**

**Recip ID**                  **Recipient Name and Address**
db                          Henry R. Huckabee, Box 1687 The Hideout, Lake Ariel, PA 18436

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2021                    Signature:       /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Ann E. Swartz | on behalf of Creditor Community Bank N.A. ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| James Warmbrodt | on behalf of Creditor BANK OF AMERICA N..A. bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor MEB Loan Trust IV bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor SELECT PORTFOLIO SERVICING INC. bkgroup@kmllawgroup.com |
| James T. Shoemaker | on behalf of Creditor Community Bank N.A. jshoemaker@hkqpc.com |
| John J Martin (Trustee) | pa36@ecfcbis.com trusteemartin@martin-law.net |
| Joshua I Goldman | on behalf of Creditor BANK OF AMERICA N..A. josh.goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| Paul P Ackourey | |

on behalf of Debtor 1 Henry R. Huckabee ackoureyandturel@gmail.com  backourey@ackoureyandturel.com

Thomas I Puleo

on behalf of Creditor BANK OF AMERICA  N..A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov


TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Henry R. Huckabee,
dba Huckabee Plumbing Service,

| | | |
|---|---|---|
| | Chapter | 7 |
| **Debtor 1** | Case No. | 5:16−bk−02088−RNO |

| Notice |
|---|

**Notice of Requirement to File Certification About a Financial Management Course:**

No discharge can be entered until you file a Certification About a Financial Management Course (Official Form 423). See Fed. R. Bankr. P. 1007. If the Certification is not filed on or before **March 9, 2021**, this case may be closed without a discharge. A Motion to Reopen a closed case to permit the filing of the Certification will require payment of the reopening fee.

Official Form 423 can be accessed at http://www.uscourts.gov/forms/bankruptcy−forms.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: ChristopherGambini, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 23, 2021 |

ntfnmg(04/18)