Certificate Number: 03621-PAM-DE-035436362

Bankruptcy Case Number: 16-02088


03621-PAM-DE-035436362

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 8, 2021, at 1:06 o'clock PM EST, Henry R Huckabee completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: March 8, 2021

By: /s/Mike Fannelle

Name: Mike Fannelle

Title: Counselor