United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Henry R. Huckabee  
    Debtor

Case No. 16-02088-RNO  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Mar 19, 2021      Form ID: 318      Total Noticed: 51

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Henry R. Huckabee, Box 1687 The Hideout, Lake Ariel, PA 18436 |
| cr | + | SELECT PORTFOLIO SERVICING, INC., 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| 4790565 | + | American Coradius Int. LLC, 2420 Sweet Home Rd., Ste. 150, Amherst, NY 14228-2244 |
| 4790566 | + | B&B Dodge, Inc., 125 Grandview Ave., Honesdale, PA 18431-1199 |
| 4833560 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 4790568 | + | Bank of America, N.A., Po Box 941852, PTX B-209, Simi Valley, CA 93094-1852 |
| 4797493 | | Berkheimer Assoc-Agt Lake Twsp Wayne County, c/o David R. Gordon, Esq., 1883 Jory Road, Pen Argyl, PA 10872 |
| 4790583 | ++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034 address filed with court:, Home Depot Credit Services, PO Box 182676, Columbus, OH 43218-2676 |
| 4790574 | + | Commercial Acceptance, 2300 Gettysburg Rd, Camp Hill, PA 17011-7303 |
| 4790576 | + | Commercial Acceptance Co., 2300 Gettysburg Rd., Ste. 102, Camp Hill, PA 17011-7303 |
| 4790578 | + | Community Bank, 45-49 Court Street, Canton, NY 13617-1179 |
| 4790577 | + | Community Bank, PO Box 509, Canton, NY 13617-0509 |
| 4790579 | + | Community Bank N.A., Po Box 510, Olean, NY 14760-0510 |
| 4790580 | + | Community Bank, N.A., 201 North Union St., PO Box 510, Olean, NY 14760-0510 |
| 4800076 | + | Community Bank, N.A., 201 North Union Street, P.O. Box 605, Olean, NY 14760-6005 |
| 4790581 | + | Creditech, PO Box 20330, Lehigh Valley, PA 18002-0330 |
| 4790582 | + | Elizabeth Konish, c/o Christian E. Weed Esq., 2523 Rt. 6, Ste. 1, Hawley, PA 18428-7055 |
| 4794953 | + | Elizabeth Konish, c/o Thomas F Farley Esq, 2523 Route 6 Ste 1, Hawley, PA 18428-7055 |
| 4790596 | + | KML Law Group, P.C. c/o Bank of Ame, BNY Independence Center, 701 Market St., Ste. 5000, Philadelphia, PA 19106-1541 |
| 4790588 | + | Kelly Kyzer Tax Collector, 764 Stock Farm Rd., Lake Ariel, PA 18436-4006 |
| 5274237 | + | MEB Loan Trust IV, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 5274238 | + | MEB Loan Trust IV, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84115, MEB Loan Trust IV 84119-3284 |
| 4790602 | + | NBT Bank, N.A., 52 South Broad St., PO Box 351, Norwich, NY 13815-0351 |
| 4790604 | + | Prothonotary of Wayne County, 925 Court St., Honesdale, PA 18431-1994 |
| 4790605 | + | Roamingwood Sewer & Water, PO Box 6, Lake Ariel, PA 18436-0006 |
| 4790609 | + | Secure Storage of Hamlin, 549 Tannery Rd., Lake Ariel, PA 18436-4584 |
| 4790610 | + | The Hideout POA, 640 The Hideout, Lake Ariel, PA 18436-9786 |
| 4790614 | + | Thomas J. Jones Jr., Esq., 410 Spruce St., Ste. 18503-1883 |
| 5172499 | + | WAYNE COUNTY TAX SERVICE DEPARTMENT, 925 COURT STREET, HONESDALE, PA 18431-1983 |
| 4790615 | + | Wayne County Sheriff, 925 Court St., Honesdale, PA 18431-1998 |
| 4790616 | + | Wayne County Tax Claim Bureau, Wayne County Courthouse, 925 Court St., Honesdale, PA 18431-1994 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4790569 | | EDI: BANKAMER.COM | Mar 19 2021 22:53:00 | Bk Of Amer, Po Box 982238, El Paso, TX 79998 |
| 4831641 | | EDI: BANKAMER.COM | Mar 19 2021 22:53:00 | BANK OF AMERICA, N.A., Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 4790567 | + | EDI: BANKAMER.COM | Mar 19 2021 22:53:00 | Bank of America, N.A., 7105 Corporate Drive, PTX B-209, Plano, TX 75024-4100 |
| 4790570 | + | EDI: BANKAMER.COM | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 19 2021 22:53:00 | Bk Of Amer, 4909 Savarese Cir, Tampa, FL 33634-2413 |
| 4790572 | + | EDI: CITICORP.COM | Mar 19 2021 22:53:00 | Cbna, Po Box 6189, Sioux Falls, SD 57117-6189 |
| 4790571 | + | EDI: CITICORP.COM | Mar 19 2021 22:53:00 | Cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 4790584 | + | Email/Text: miller@hnbbank.com | Mar 19 2021 19:22:00 | Honesdale National Ban, 733 Main St, Honesdale, PA 18431-1844 |
| 4790587 | | EDI: IRS.COM | Mar 19 2021 22:53:00 | IRS Department of the Treasury, Internal Revenue Service, Cincinnati, OH 45999 |
| 4790573 | | EDI: JPMORGANCHASE | Mar 19 2021 22:53:00 | Chase, P.O. Box 15298, Wilmington, DE 19850 |
| 4790597 | + | EDI: MID8.COM | Mar 19 2021 22:53:00 | MCM, PO Box 2121, Warren, MI 48090-2121 |
| 4820450 | + | EDI: MID8.COM | Mar 19 2021 22:53:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 4790599 | + | EDI: MID8.COM | Mar 19 2021 22:53:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 4802411 | + | Email/Text: bankruptcy@nbtbank.com | Mar 19 2021 19:23:00 | NBT Bank, N.A., 52 South Broad St., Norwich, NY 13815-1699 |
| 4833708 | | EDI: PRA.COM | Mar 19 2021 22:53:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4858304 | + | EDI: PRA.COM | Mar 19 2021 22:53:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4796574 | + | EDI: PENNDEPTREV | Mar 19 2021 22:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 4796574 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 19 2021 19:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 4790603 | + | EDI: PRA.COM | Mar 19 2021 22:53:00 | Portfolio Recovery Ass, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 4790608 | + | EDI: CITICORP.COM | Mar 19 2021 22:53:00 | Sears Credit Cards, Po Box 9001055, Louisville, KY 40290-1055 |
| 4790613 | + | Email/Text: miller@hnbbank.com | Mar 19 2021 19:22:00 | The Honesdale National Bank, PO Box 350, Honesdale, PA 18431-0350 |
| 4802299 | + | Email/Text: miller@hnbbank.com | Mar 19 2021 19:22:00 | The Honesdale National Bank, 724 Main Street, Honesdale, PA 18431-1845 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | CITIBANK, PO BOX 790034, ST LOUIS MO 63179-0034, address filed with court:, Home Depot Credit Services, PO Box 182676, Columbus, OH 43218-2676 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4790575 | *+ | Commercial Acceptance, 2300 Gettysburg Rd, Camp Hill, PA 17011-7303 |
| 4834139 | *+ | Community Bank, N.A., 201 North Union Street, P.O. Box 510, Olean, NY 14760-0510 |
| 4790585 | *+ | Honesdale National Ban, 733 Main St, Honesdale, PA 18431-1844 |
| 4790586 | *+ | Honesdale National Ban, 733 Main St, Honesdale, PA 18431-1844 |
| 4790589 | *+ | Kelly Kyzer Tax Collector, 764 Stock Farm Rd., Lake Ariel, PA 18436-4006 |
| 4790590 | *+ | Kelly Kyzer Tax Collector, 764 Stock Farm Rd., Lake Ariel, PA 18436-4006 |
| 4790591 | *+ | Kelly Kyzer Tax Collector, 764 Stock Farm Rd., Lake Ariel, PA 18436-4006 |
| 4790592 | *+ | Kelly Kyzer Tax Collector, 764 Stock Farm Rd., Lake Ariel, PA 18436-4006 |
| 4790593 | *+ | Kelly Kyzer Tax Collector, 764 Stock Farm Rd., Lake Ariel, PA 18436-4006 |

| | | |
|---|---|---|
| 4790594 | *+ | Kelly Kyzer Tax Collector, 764 Stock Farm Rd., Lake Ariel, PA 18436-4006 |
| 4790595 | *+ | Kelly Kyzer Tax Collector, 764 Stock Farm Rd., Lake Ariel, PA 18436-4006 |
| 4790598 | *+ | MCM, PO Box 2121, Warren, MI 48090-2121 |
| 4790600 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 4790601 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 4790606 | *+ | Roamingwood Sewer & Water, PO Box 6, Lake Ariel, PA 18436-0006 |
| 4790607 | *+ | Roamingwood Sewer & Water, PO Box 6, Lake Ariel, PA 18436-0006 |
| 4790611 | *+ | The Hideout POA, 640 The Hideout, Lake Ariel, PA 18436-9786 |
| 4790612 | *+ | The Hideout POA, 640 The Hideout, Lake Ariel, PA 18436-9786 |
| 4790617 | *+ | Wayne County Tax Claim Bureau, Wayne County Courthouse, 925 Court St., Honesdale, PA 18431-1994 |
| 4790618 | *+ | Wayne County Tax Claim Bureau, Wayne County Courthouse, 925 Court St., Honesdale, PA 18431-1994 |
| 4790619 | *+ | Wayne County Tax Claim Bureau, Wayne County Courthouse, 925 Court St., Honesdale, PA 18431-1994 |
| 4790620 | *+ | Wayne County Tax Claim Bureau, Wayne County Courthouse, 925 Court St., Honesdale, PA 18431-1994 |

TOTAL: 0 Undeliverable, 24 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2021          Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2021 at the address(es) listed below:**

**Name**          **Email Address**

James Warmbrodt
     on behalf of Creditor BANK OF AMERICA  N..A. bkgroup@kmllawgroup.com

James Warmbrodt
     on behalf of Creditor MEB Loan Trust IV bkgroup@kmllawgroup.com

James Warmbrodt
     on behalf of Creditor SELECT PORTFOLIO SERVICING  INC. bkgroup@kmllawgroup.com

James T. Shoemaker
     on behalf of Creditor Community Bank  N.A. jshoemaker@hkqpc.com

John J Martin (Trustee)
     pa36@ecfcbis.com  trusteemartin@martin-law.net

Joshua I Goldman
     on behalf of Creditor BANK OF AMERICA  N..A. josh.goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com

Lauren Marie Moyer
     on behalf of Creditor Community Bank  N.A. nj-ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Paul P Ackourey
     on behalf of Debtor 1 Henry R. Huckabee ackoureyandturel@gmail.com  backourey@ackoureyandturel.com

Thomas I Puleo
     on behalf of Creditor BANK OF AMERICA  N..A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee
     ustpregion03.ha.ecf@usdoj.gov

TOTAL: 10

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Henry R. Huckabee<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–3443<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | _____<br>First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:16–bk–02088–RNO | |

# Order of Discharge                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Henry R. Huckabee
dba Huckabee Plumbing Service

**By the court:**   *(signed)* Robt N. Opel II

3/19/21

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: ChristopherGambini, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

For more information, see page 2 >

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**