United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Henry R. Huckabee  
    Debtor

Case No. 16-02088-RNO  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2  
Date Rcvd: Mar 19, 2021     Form ID: fnldec     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Henry R. Huckabee, Box 1687 The Hideout, Lake Ariel, PA 18436 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2021      Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| James Warmbrodt | on behalf of Creditor BANK OF AMERICA N..A. bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor MEB Loan Trust IV bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor SELECT PORTFOLIO SERVICING INC. bkgroup@kmllawgroup.com |
| James T. Shoemaker | on behalf of Creditor Community Bank N.A. jshoemaker@hkqpc.com |
| John J Martin (Trustee) | pa36@ecfcbis.com trusteemartin@martin-law.net |
| Joshua I Goldman | on behalf of Creditor BANK OF AMERICA N..A. josh.goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com;angelica.reyes@padgettlawgroup.com |
| Lauren Marie Moyer | on behalf of Creditor Community Bank N.A. nj-ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Paul P Ackourey | |

on behalf of Debtor 1 Henry R. Huckabee ackoureyandturel@gmail.com backourey@ackoureyandturel.com

Thomas I Puleo

on behalf of Creditor BANK OF AMERICA  N..A. tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Henry R. Huckabee,<br>dba Huckabee Plumbing Service, | Chapter 7 |
| **Debtor 1** | Case No. 5:16−bk−02088−RNO |

Social Security No.:
　　　　　　　　　xxx−xx−3443

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**John J Martin (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: March 19, 2021　　　　　　　　　　　　By the Court,

*(signature)*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: ChristopherGambini, Deputy Clerk

**fnldec** (10/20)